Timothy L. McCandless, Esq., SBN 147715
LAW OFFICES OF TIMOTHY L. MCCANDLESS
820 Main Street, Suite #1
P.O. Box 149
Martinez, California 94553

Telephone:	(925) 957-9797
Facsimile:	(925) 957-9799
Email:	legal@prodefenders.com

Attorney for Plaintiff(s): Alexander B. Paragas; Perla O. Paragas

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER B. PARAGAS; PERLA O. PARAGAS , <br><br> Plaintiff(s), <br><br> VS. <br><br> ONEWEST BANK, FSB; QUALITY LOAN SERVICE CORPORATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1 through 50, Inclusive, <br><br> Defendant(s). | CASE NO: 3:12-cv-04075-EMC <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)  ; ORDER |

   TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

   NOTICE IS HEREBY GIVEN THAT PLAINTIFFS: ALEXANDER B. PARAGAS and PERLA O. PARAGAS, pursuant to Federal Rule of Civil Procedure 41(a)(1), respectfully notice this Court that Plaintiffs ALEXANDER B. PARAGAS and PERLA O. PARAGAS hereby voluntarily dismiss, all claims made by them, against Defendant(s): ONEWEST BANK, FSB; QUALITY LOAN SERVICE CORPORATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION, in their complaint filed in the above entitled case.

_____ 1-4_____

*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*
*PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)*

1  Plaintiffs represent that they have not and will not receive any payment, direct or indirect, in
2  connection with the dismissal of the action.

3  Respectfully submitted,

DATED: September 24, 2012        LAW OFFICES OF TIMOTHY L. MCCANDLESS

_____
Timothy L. McCandless, Esq.
Attorney for Plaintiff(s):
Alexander B. Paragas; Perla O. Paragas

IT IS SO ORDERED.  All hearing and deadlines are vacated.



_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____ 2-4 _____
*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*
*PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)*

# CERTIFICATE OF SERVICE

I, Omar Kabiljagic declare:

I am employed by the law firm of LAW OFFICES OF TIMOTHY L. MCCANDLESS in the County of Contra Costa, State of California; I am over the age of 18 years and not a party to this action; my business address is 820 Main Street, Suite #1, Martinez, California 94553. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

I hereby certify that on September 24th, 2012, I electronically filed with the Clerk of the Court the following documents(s):

- **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

using the CM/ECF system. The CM/EFC system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

Attorney for Defendant(s):

- *Quality Loan Service Corporation*

  **Ashley Brooke Hennessee, Esq.** -   ahennessee@qualityloan.com

  QUALITY LAON SERVICE CORPORATION
  1771 Fifth Avenue
  San Diego, CA 92101

- *One West Bank, FSB* and *Federal Home Loan Mortgage Corporation*

  **Charles William Nunley, Esq.** -   charles.nunley@sierralawgroup.com

  **William Guy Malcol, Esq.** -   bill@mclaw.org

  MALCOLM & CISNEROS
  2112 Business Center Drive, 2nd Floor
  Irvine, CA 92612

///

///

///

_____ 3-4 _____

*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*
*PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)*

1  I declare under penalty of perjury under the laws of state of California that the above is true and correct.

Executed on September 14th, 2012 at Martinez, California

_____
Omar Kabiljagic

LAW OFFICES OF TIMOTHY L. MCCANDLESS
820 Main Street, Suite #1
P.O. Box 149
Martinez, California 94553
Telephone (925) 957-9797/ Facsimile (925) 957-9799

_____ 4-4 _____
*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*
*PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)*